UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMERICAN MANAGEMENT INVESTMENTS, LLC, ) ) ) | |
| Plaintiff(s), ) ) | |
| vs ) ) | Case # 2:09-CV-1282-PMP-PAL |
| NEW MAKATI CLUB, INC., et al., ) ) ) | |
| Defendant(s). ) ) | ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

      This case is currently stacked on the calendar on **Tuesday, April 26, 2011,** for a Court Trial.

      **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Peggy A. Leen** for a settlement conference.

      DATED this 22nd day of October, 2010.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE